1  STEVEN G. KALAR
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant LOUIS AGRONT, SR.

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN JOSE DIVISION
11

12  UNITED STATES OF AMERICA,           )   No. CR 11-00945 RMW
                                        )
13                   Plaintiff,         )   STIPULATION AND []
                                        )   ORDER SETTING BRIEFING SCHEDULE
14  vs.                                 )   AND HEARING ON APPEAL
                                        )
15  LOUIS AGRONT, SR.,                  )
                                        )
16                   Defendant.         )
    _____)   **Honorable Ronald M. Whyte**
17

18                              **STIPULATION**

19          Defendant Luis Agront Sr., by and through Assistant Federal Public Defender Cynthia C.

20  Lie, and the United States, by and through Special Assistant United States Attorney Ann Marie

21  Ursini, hereby stipulate that, with the Court's approval, that the Court set the briefing schedule on

22  this misdemeanor appeal as follows: the defense shall file its initial brief on or before February 4,

23  2013.  The government may file its response on or before March 8, 2013.  The defense may file a

24  reply on or before March 25, 2013.

25  \\\

26

1   The parties also request that the Court set a hearing on this matter for Monday, April 8, 2013 at

2   9:00 a.m.

3

4   Dated: December 12, 2012

                            _____/s/_____

5                                    CYNTHIA C. LIE
                                   Assistant Federal Public Defender

6

7

8   Dated: December 12, 2012

                            _____/s/_____

9                                    ANN MARIE URSINI
                                   Special Assistant United States Attorney

10   \\\

11   \\\

12   \\\

13   \\\

14   \\\

15   \\\

16   \\\

17   \\\

18   \\\

19   \\\

20   \\\

21   \\\

22   \\\

23   \\\

24   \\\

25   \\\

26

Stip. and [] Order Setting Briefing
Schedule and Hearing on Appeal
CR 11-00945 RMW           2

1

**[] ORDER**

2          GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

3   ORDERED that the briefing schedule in this matter shall be as follows: the defense shall file its

4   initial brief on or before February 4, 2013.  The government may file a response on or before

5   March 8, 2013.  The defense may file a reply on or before March 25, 2013.

6          The Court will conduct a hearing on this matter on Monday, April 8, 2013 at 9:00 a.m.

7          IT IS SO ORDERED.

8   Dated: December 43, 2012                    _Ronald M. Whyte_____

9                                              THE HONORABLE RONALD M. WHYTE
                                               United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26